UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

              -against-                                                    06 cr 576 (JGK)

DANIEL DELOIR,                                                          **ORDER**
                             Defendant.
------------------------------------------------------------X

       The conference scheduled for Thursday, June 27, 2024, is **adjourned to Thursday, July 25, 2025, at 2:30pm.**

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                                   **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          June 25, 2024