UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

          -against-                                     06 cr 576 (JGK)

DANIEL DELOIR,                                       **ORDER**
                    Defendant.
-------------------------------------------------------------X

        The Court corrects Document 25 as follows: The conference scheduled for Thursday, June 27, 2024, is **adjourned to Thursday, July 25, 2024, at 2:30pm.**

**SO ORDERED.**

                                                                    JOHN G. KOELTL
                                                     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 26, 2024